# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : |
| v. | :  No. 21-CR-157 (TNM) |
| | : |
| | : |
| **CHRISTIAN SECOR,** | : |
|     **Defendant.** | : |

## ORDER

Upon review of the Defendant's Emergency Motion For Review and Revocation of a Detention Order, it is this _____ day of March 2021,

**ORDERED** that Magistrate Judge Early's order is hereby revoked, and Christian Secor shall be released into the High-Intensity Supervision Program.

 

_____
JUDGE TREVOR N. MCFADDEN
United States District Court