# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : |
| v. | :   No. 21-CR-157 (TNM) |
| | : |
| | : |
| **CHRISTIAN SECOR,** | : |
|     **Defendant.** | : |

## EMERGENCY MOTION FOR EXPEDITED HEARING AND BRIEFING SCHEDULE

Christian Secor by and through counsel moves this Honorable Court to consider his Emergency Motion for Expedited Hearing and Briefing Schedule with respect to his Emergency Motion for Review and Revocation of a Detention Order pursuant to 18 U.S.C. §3145(b) and Motion for Release. *See* ECF No. 8.

In support of the motion counsel states the following:

1. On March 14, 2021, Mr. Secor filed an Emergency Motion for Review and Revocation of Detention Order pursuant to 18 U.S.C. §3145(b). *Id.*

2. Mr. Secor has been in custody since February 16, 2021, and is scheduled to take his final exams at UCLA the week of March 15, 2021.

3. On March 2, 2021, a request for Review of the Magistrate Judge's Detention Order was filed in the Central District of California. On March 3, 2021, the Court directed local counsel to file in the charging district.

4. Mr. Secor's college future hangs in the balance and is frustrated by his continued detention which necessitates a hearing in this matter on an expedited basis.

5. Mr. Secor suggests that the Government file its responsive brief to his Motion on March 16, 2021, and the matter be set for hearing on March 17, 2021.

6. Mr. Secor is prepared to appear at the hearing via videoconference.

WHEREFORE, the reasons stated above, Mr. Secor moves this Court to grant his Emergency Motion for an Expedited Hearing and Briefing Schedule and grant the Briefing Schedule as set forth.

Respectfully submitted,

/s/ *Brandi Harden*

_____
Brandi Harden
Bar No. 470706
Counsel for Christian Secor
Harden|Pinckney, PLLC
400 7th Street Suite 604
Washington, DC 20004
bharden@hardenpinckney.com
(202) 390-0374

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2021, I caused a copy of the foregoing motion to be served on counsel of record via ECF.

/s/ *Brandi Harden*

_____
Brandi Harden, Esq.