UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : |
| v. | :  No. 21-CR-157 (TNM) |
| | : |
| | : |
| **CHRISTIAN SECOR,** | : |
|     **Defendant.** | : |

## ORDER

Upon review of the Defendant's Emergency Motion for Expedited Hearing and Briefing Schedule, it is this ____ day of March 2021,

**ORDERED** that the government shall file its responsive pleading by March 16, 2021, and,

**ORDERED** that the Court shall hold an expedited hearing on March 17, 2021.

_____
JUDGE TREVOR N. MCFADDEN
United States District Court