UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 21-cr-157 (TNM) |
| ) | |
| CHRISTIAN SECOR, ) | |
| ) | |
| Defendant ) | |
| ) | |

**ORDER**

Upon consideration of the defendant's Unopposed Motion for Release of Funds, and finding good cause shown, it is hereby

**ORDERED** that the motion is GRANTED; and it is further

**ORDERED** that the 200,000 paid in connected with Mr. Secor's bond shall be released.

DATE: _____

_____
TREVOR N. McFADDEN
UNITED STATES DISTRICT JUDGE