**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 21-CR-157 (TNM)** |
| | : | |
| **CHRISTIAN SECOR,** | : | |
| | : | |
| **Defendant.** | : | |

**STATEMENT OF OFFENSE**

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Christian Secor, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

***The Attack at the U.S. Capitol on January 6, 2021***

1.      The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police ("USCP"). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2.      On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3.      On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting

in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5.      At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6.      At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7.      Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Christian Secor's Participation in the January 6, 2021, Capitol Riot*

8.      The defendant, Christian Secor, lives in Newport Beach, California. On January 5, 2021, defendant traveled from Newport Beach, California to Washington, D.C., via airplane. The purpose of the defendant's trip to Washington, D.C., was to protest Congress' certification of the Electoral College vote.

9.      Prior to January 6, the defendant had several conversations via text message regarding what he perceived as a stolen or rigged Presidential election. On November 3, 2020, the defendant sent a text message stating "We're gonna win bigly and if we don't we're taking this ship down in flames." On November 4, 2020, the defendant sent the text message stating "They're cheating. Trump will pull through by legal or illegal means."

10.     The defendant similarly posted his views about what he perceived as a stolen Presidential election on Twitter. On November 4, 2020, the defendant tweeted "They are stealing

the election. If we allow them to, we deserve to live under their tyranny. What will you do, little man? Will you take it, accept it, kneel?" On November 5, 2020, the defendant tweeted "Any Republican governor who doesn't begin drafting articles of secession if the election is stolen is a traitor to their constituents."

11.    In preparation for the events of January 6, the defendant messaged another individual on January 5, 2021, stating that he "brought a gas mask" to D.C. because he "expect[s] [expletive] to go sideways" and "people are pissed, burning thin blue line flags, I heard that Journos had targets on their back last time and that'll be amplified this time. Wouldn't be surprised if conservatives just storm the police and clobber antifa and the police but that's wishful thinking."

12.    On January 5, 2021, the defendant tweeted "The façade of a free country are [sic] evaporating before our eyes. What an exciting time to be alive[.]" In response to a Tweet stating that the app "Maps" was disabling directions to Washington D.C. ahead of the Trump Rally on the 6th, the defendant also stated "The institutional attacks on this demonstration are something out of the Arab Spring. More reason to go by any means necessary!"

13.    On January 6, the defendant attended the "Stop the Steal" rally and then marched with other protestors to the Capitol. The defendant was carrying a large blue flag with the letters "AF" in a white circle inside the flag. The defendant wore a red ball cap with the same "AF" emblem on a sticker on the bill of the hat.

14.    At about 2:00 p.m., defendant was on restricted grounds, a part of the mob that had gathered on the West Front of the Capitol grounds. The defendant subsequently climbed the scaffolding, set up to support the building of the Inauguration platform, to reach the Upper West Terrace of the Capitol.

15.     At 2:26 p.m., the defendant entered the U.S. Capitol Building through the Senate Wing door. The defendant then made his way through the Crypt, to the House side of the building, and up a staircase to the second floor. He then walked through the Speaker of the House, Nancy Pelosi's, office suite. The defendant next went through the Rotunda of the Capitol to the East Rotunda doors.

16.     Once at the East Rotunda doors, at approximately 2:38 p.m., the defendant helped group of rioters inside the building push open those doors, which were being guarded by three Capitol Police officers. The group of approximately 25 rioters threw their weight against the doors, which the defendant joined by bracing his body against the backs of other rioters as they pushed. In the process, the crowd trapped the three Capitol Police officers against the doors. The rioters ultimately overpowered the officers, and the defendant and fellow rioters assisted those on the outside of the Capitol enter the building.

17.     The defendant then walked up the stairs to the third floor of the Capitol building and followed other rioters down the hallway to the Senate Gallery. At approximately 2:42 p.m., the defendant and other rioters entered the Senate chamber in the Gallery.

18.     The defendant sent a photo in a text message to Witness 1 from inside the Senate Gallery, showing his own hand in the image and the Senate Dais in the background. The photo was taken at approximately 2:43 p.m. Shortly after January 6, 2021, the defendant asked Witness 1 to delete the photo he sent from the Senate Gallery, and Witness 1 complied.

19.     At approximately 2:47 p.m., after another rioter had jumped over the railing in the Senate Gallery to the Senate Floor, the defendant left the Gallery and went to the door of the Senate Floor on the second story of the building. The defendant entered the Senate Floor at approximately 2:49 p.m. The defendant then made his way to the Senate Dais and sat in the seat that had been

occupied by Vice President Mike Pence approximately 30 minutes earlier. While the defendant occupied the seat at the Senate Dais—and while other rioters were present inside the Senate Chambers and the U.S. Capitol building—the joint session to count and certify the votes of the Electoral College for the 2020 Presidential Election could not continue.

20.     The defendant then left the Senate floor, and exited the Capitol building at approximately 2:51 p.m.

21.     On the evening of January 6, 2021, the defendant tweeted "They did want a color revolution…" and "Feds working with antifa." The defendant also tweeted at NewsMax and Sean Spicer, after Spicer released a statement condemning the violence at the Capitol grounds, stating "It was Trump supporters you losers, and you should be proud. One day accomplished more for conservativism than the last 30 years and all the normie have to say is denial. You boomers will kill our republic."

22.     On January 7, 2021, the defendant retweeted a video with the caption "Election? Stolen. Patriots? Condemned. Protesters? Executed. Blood? Barely Dry" and responded "Pence looks like he's realizing mistakes were made in his judgment."

23.     After January 8, 2021, the defendant deleted his Twitter accounts, including all of the above-mentioned Tweets about January 6, 2021 and the 2020 Presidential Election.

24.     On January 12, 2021, the defendant texted another individual a screenshot of a Tweet from @LibertyHangout announcing that the FBI and DOJ will pursue sedition charges against the U.S. Capitol Rioters, with a sentence of 20 years.

25.     On January 17, 2021, the iPhone XR used by the defendant while on the grounds of the Capitol made its last known cell site activity between 2:27 p.m. and 2:37 p.m. in Newport

Beach, California.  Law enforcement did not recover that iPhone XR when a search warrant was executed on the defendant's residence on February 16, 2021.

26.     On January 23, 2021, the defendant, using a new Samsung phone and phone number, texted another individual the message "my fb doesn't have anything btw," referring to information about the defendant's presence at the U.S. Capitol on January 6, 2021 and his opinions on the 2020 Presidential Election. The other individual responded "no the page you made" and "I thought you were trying to delete everything?" The defendant responded "I'll delete it today."

### *Elements of the Offense*

27.     Christian Secor knowingly and voluntarily admits to all the elements of Obstruction of the Official Proceeding, in violation of 18 U.S.C. 1512(c)(2). Specifically, defendant admits that the defendant willfully and knowingly entered the U.S. Capitol Building knowing that that he did not have permission to do so. Defendant further admits that while inside the Capitol, he obstructed, influenced, and impeded an official proceeding, that is, a proceeding before Congress, specifically, Congress's certification of the Electoral College vote as set out in the Twelfth Amendment of the Constitution of the United States and 3 U.S.C. §§ 15-18.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

BY:     /s/
KIMBERLY L. PASCHALL
Assistant United States Attorney
Capitol Siege Section
D.C. Bar No. 1015665
555 4th Street, N.W.,
Washington, D.C. 20530
202-252-2650
Kimberly.paschall@usdoj.gov

**DEFENDANT'S ACKNOWLEDGMENT**

I, Christian Secor, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 5 / 14 / 22

**Christian Secor**
Defendant

**ATTORNEY'S ACKNOWLEDGMENT**

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 5/16/2022

**Brandi Harden**
Attorney for Defendant